UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| GERRAN L. SAMUEL, | No. CV 05-05990-JHN (VBK) |
| Plaintiff, | ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE FIFTH AMENDED COMPLAINT |
| v. | |
| JEANNE WOODFORD, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a _de novo_ determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving and adopting the Report and Recommendation, (2) granting Defendants' Motion for Summary Judgment; and (3) directing that judgment be entered dismissing the Fifth Amended Complaint and entire action with prejudice.

DATED: April 8, 2011

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE