1

2

3

4

5

6

7           UNITED STATES DISTRICT COURT

8           CENTRAL DISTRICT OF CALIFORNIA

9                WESTERN DIVISION

10

11  GERRAN L. SAMUEL,            )  No. CV 05-05990-JHN (VBK)
                                 )
12              Plaintiff,       )  JUDGMENT
                                 )
13       v.                      )
                                 )
14  JEANNE WOODFORD, et al.,     )
                                 )
15              Defendants.      )
    ─────────────────────────────)

16

17       Pursuant to the Order of the Court approving the recommendations

18  of the United States Magistrate Judge, and adopting the same as the

19  facts and conclusions of law herein,

20       **IT IS ADJUDGED** that Judgment be entered dismissing the Fifth

21  Amended Complaint and entire action with prejudice.

22

23  DATED: April 8, 2011                    _____
                                            JACQUELINE H. NGUYEN
24                                          UNITED STATES DISTRICT JUDGE

25

26

27

28